```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| JOANNE HENDERSON, ) | |
| ) | Civil Action |
| Plaintiff ) | No. 12-cv-05316 |
| ) | |
| vs. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of the ) | |
| Social Security Administration ) | |
| ) | |
| Defendant ) | |
| ) | |
| SOCIAL SECURITY ADMINISTRATION ) | |
| ) | |
| Interested Party ) | |

## O R D E R

NOW, this 24th day of October, 2014, upon consideration of the following documents:

(1) Complaint filed October 2, 2012;

(2) Answer filed March 28, 2013;

(3) Plaintiff's Brief and Statement of Issues in Support of Request for Review, which brief and statement of issues was filed June 14, 2013 ("Plaintiff's Brief");

(4) Defendant's Response to Request for Review of Plaintiff, which response was filed July 24, 2013;

(5) Plaintiff's Reply Brief filed August 5, 2013; and

(6) Report and Recommendation of United States Magistrate Judge David R. Strawbridge dated and filed December 20, 2013;

after a thorough review of the record in this matter; it appearing that neither party filed objections to Magistrate Judge Strawbridge's Report and Recommendation; it further appearing that Magistrate Judge Strawbridge's Report and Recommendation correctly determined the legal

and factual issues presented by the Complaint, Plaintiff's Brief, and Plaintiff's Reply Brief,

<u>IT IS ORDERED</u> that Magistrate Judge Strawbridge's Report and Recommendation is approved and adopted.

<u>IT IS FURTHER ORDERED</u> that plaintiff's request for review is granted.

<u>IT IS FURTHER ORDERED</u> that plaintiff's request for an award of benefits is denied.

<u>IT IS FURTHER ORDERED</u> that plaintiff's alternative request for remand is granted.

<u>IT IS FURTHER ORDERED</u> that judgment is entered in favor of plaintiff Joanne Henderson and against defendant Carolyn W. Colvin, Acting Commissioner of the Social Security Administration.

<u>IT IS FURTHER ORDERED</u> that the decision of the Commissioner dated May 24, 2012 which denied benefits to plaintiff Veronica Paul is vacated.

<u>IT IS FURTHER ORDERED</u> that pursuant to sentence four of 42 U.S.C. § 405(g) this matter is remanded to the Acting Commissioner for further proceedings in accordance with Magistrate Judge Strawbridge's Report and Recommendation.

<u>IT IS FURTHER ORDERED</u> that the Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ JAMES KNOLL GARDNER
James Knoll Gardner
United States District Judge